IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| DOUGLAS D. EVANS,<br><br>                Plaintiff,<br><br>v.<br><br>JIM WINDER et al.,<br><br>                Defendants. | **MEMORANDUM DECISION & DISMISSAL ORDER**<br><br>Case No. 2:15-CV-249-TS<br><br>District Judge Ted Stewart |

Plaintiff, Douglas D. Evans, filed this *pro se* civil-rights suit, *see* 42 U.S.C.S. § 1983 (2017). Reviewing the Complaint under § 1915(e), in an Order dated May 4, 2017, the Court determined it was deficient. The Court gave Plaintiff directions for curing the deficiencies, sent him a "Pro Se Litigant Guide," with a blank-form civil rights complaint, and ordered him to cure the deficiencies within thirty days.

Plaintiff has not since amended the Complaint. Indeed, the Court's order was returned to sender, marked, "PRISONER RELEASED." The Court last heard from Plaintiff on August 6, 2015, when he filed his consent-to-collection form.

**IT IS THEREFORE ORDERED** that Plaintiff's action is **DISMISSED** with prejudice for failure to state a claim under § 1915(e)(2)(B)(ii), follow the Court's Order, and to prosecute his case, *see* DUCivR 41-2. This case is **CLOSED.**

DATED this 25th day of July, 2017.

BY THE COURT:

*[signature]*

JUDGE TED STEWART
United States District Court